UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:04-CR-542-T-17MAP
     CASE No. 8:12-CR-301-T-17MAP

SHAWN LOUIS SUTTER.

_____/

ORDER

This cause is before the Court sua sponte. Defendant Sutter called the Chambers of the undersigned to request relief in the above cases. The Court reminds Defendant Sutter that pro se parties are required to comply with the applicable rules of procedure, including the Local Rules of the Middle District of Florida. Therefore, the Court directs that any request for relief be filed in writing by mailing the motion to the Clerk's office. Accordingly, it is

**ORDERED** that Defendant Shawn Louis Sutter **shall comply** with the applicable rules of procedure, including the Local Rules of the Middle District of Florida, and **shall submit** any request for relief by mailing a written request to the Clerk's Office, 801 N. Florida Ave., Tampa, FL, 33602.

Case No. 8:04-CR-542-T-17MAP
Case No. 8:12-CR-301-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of September, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

<u>Pro</u> <u>Se</u> Defendant:

Shawn Louis Sutter
309067-018
USP ATLANTA
U.S. PENITENTIARY
P.O. BOX 150160
ATLANTA, GA          30315